[Civil No. 361.]

TERRITORY OF ARIZONA, Appellant, v. PERSONS, PROPERTY, LAND, AND REAL ESTATE, ETC., THE DELINQUENT TAX-LIST OF SAID COUNTY OF COCHISE FOR THE YEAR 1891, Appellee. SOUTHERN PACIFIC COMPANY, Objector.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   Richard E. Sloan, Judge.

Allen R. English, for Appellant.

H. N. Alexander, for Appellee.

April 14, 1893.   Affirmed.

————

[Civil No. 365.]

HENRY DIAL, Appellant, v. OSCAR OLSEN et al., Appellees.

APPEAL from District Court of the Second Judicial District in and for the County of Graham.   Joseph H. Kibbey, Judge.

John W. Kobb, and Francis J. Heney, for Appellant.

R. E. Wilson, for Appellees.

April 15, 1893.   Affirmed.